# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

**James Hanley Federal Building**
**100 South Clinton Street**
**Suite 750**
**Syracuse, New York 13261-7367**
**(315) 234-8500**

April 8, 2015

Southern District of New York
Attn: Clerk of Court
500 Pearl Street
New York, New York 1007-1312

Case Name:        Ronald Spratt  vs.  Fordam Hill Owners Corporation, et al
NDNY Case No.     1:15-CV-220 (BKS/RFT)

Dear Clerk:

    Enclosed please find certified copies of

    - Transfer Order
    - Docket Sheet

    Please sign the extra copy of this letter and return it in the enclosed, self addressed
envelope.  Thank you!

Respectfully,

Lawrence K. Baerman, Clerk of Court

*Joanne Bleskoski*

By: Joanne Bleskoski, Deputy Clerk

Enc.

Received by: _____
Date: